UNITED STATES DISTRICT COURT
SOUTHERN OF TEXAS
HOUSTON DIVISION

| In re. P.C.F. Properties in TX, LLC | CIV. 24-3875 |
|---|---|
| *Plaintiff* | |
| vs | |
| James M. Andersen, Elizabeth Thomas Jasmine B .Jarbis, Jireh Pitts, and Monique Moore et al. | **Removed from: 80th District Court Harris County, Texas** |
| *Defendants* | **MISC. DOCKET NO. 2020-35780** |

**FILING OF STATE COURT RECORDS FOR CAUSE**

| No. | Date Filed | Document | New Filing Party |
|---|---|---|---|
| Exhibit 1 | July 11, 2024 | Misc Doc, Petition initiating a **new Case** | P.C.F. Properties in TX, LLC, against, Elizabeth Thomas, Jasmine Jarbis, Jireh Pitts, Monique Moore and Shelvy Spires et al |
| Exhibit 2 | July 11, 2024 | Proposed Order | P.C.F. Properties |
| Exhibit 3 | October 9, 2024 | Answer, Counter-claim | James M. Andersen |

Respectfully submitted,

By:/s/*James M. Andersen*
James M. Andersen
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Jandersen.law@gmail.com

Dated: August 15, 2024

1 | P a g e

2 | P a g e

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 15, 2024  a copy of the foregoing document was served via EFC-Filing system or e-mail and U. S. Mail, postage prepaid, to:

John V. Burger
Barry & Sewart PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
evictions@barryandsewart.com

Harris County District Attorney Office
Public Corruption Department
1201 Franklin St
Houston, TX 77002

New York Attorney General Office
Civil Rights/Criminal Division
28 Liberty St.
New York, NY 10005

U.S. Attorney Office
For the Southern District of New York
Criminal Division
26 Federal Plaza, 37th Floor
New York, NY 10278

By:/s/*James M. Andersen*