7/11/2024 1:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 89675417
By: DANIELLE JIMENEZ
Filed: 7/11/2024 1:16 PM

EXHIBIT-2

MISC. DOCKET NO. 2020-35780

| | |
|---|---|
| In Re: A Purported | In the District Court |
| Lien or Claim Against Real Property Owned by | In and For Harris County, Texas |
| P.C.F. Properties in TX, LLC | 80th Judicial District |

**Judicial Finding of Fact and Conclusion of Law Regarding a Documentation or Instruments Purporting to Create Liens or Claims**

On the _____ day of _____, 2024), in the above entitled and numbered cause, this court reviewed a motion, verified by affidavit, of P.C.F. Properties in TX, LLC and the documentation or instrument(s) attached thereto. No testimony was taken from any party, nor was there any notice of the court's review, the court having made the determination that a decision could be made solely on review of the documentation or instrument under the authority vested in the court under Subchapter J, Chapter 51, Government Code.  1

The court finds as follows (only an item checked and initialed is a valid court ruling):

_____ The documentation or instrument(s) attached to the motion herein IS asserted against real or personal property or an interest in real or personal property and:

(1)  IS provided for by specific state or federal statutes or constitutional provisions;

(2)  IS created by implied or express consent or agreement of the obligor, debtor, or the owner of the real or personal property or an interest in the real or personal property, if required under the laws of this state, or by consent of an agent, fiduciary, or other representative of that person; or

(3)  IS an equitable, constructive, or other lien imposed by a court of competent jurisdiction created or established under the constitution or laws of this state or of the United States.

_____ The documentation or instrument(s) attached to the motion herein:

(1)  IS NOT provided for by specific state or federal statutes or constitutional provisions;

(2)  IS NOT created by implied or express consent or agreement of the obligor, debtor, or the owner of the real or personal property or an interest in the real or personal property, if required under the law of this state or by implied or express consent or agreement of an agent, fiduciary, or other representative of that person;

(3) IS NOT an equitable, constructive, or other lien imposed by a court of competent jurisdiction created by or established under the constitution or laws of this state or the United States; or

(4) IS NOT asserted against real or personal property or an interest in real or personal property. There is no valid lien or claim created by this documentation or instrument(s). The following liens and/or claims against the real property located at 8202 Terra Valley Lane, Tomball, TX 77375, are declared null and void:

| Instrument No. | Date Recorded | Type | Grantor | Grantee |
|---|---|---|---|---|
| EXHIBIT A RP-2023-141432 | 04/20/2023 | Release of Lien | ANDERSEN JAMES M | THOMAS ELIZABETH |
| EXHIBIT B RP-2023-148789 | 04/26/2023 | Warranty Deed | MOORE MONIQUE | BEGUESSE-JARBIS JASMINE |
| EXHIBIT C RP-2023-428601 | 11/09/2023 | Lis Pendens[1] | PITTS JIREH | P C F INVESTMENTS INC P C F PROPERTIES IN TX LLC P C F PROPERTY MANAGEMENT LLC |
| EXHIBIT D RP-2023-455646 | 12/04/2023 | Warranty Deed | MOORE MONIQUE | THOMAS ELIZABETH |
| EXHIBIT. E RP-2024-49552 | 02/13/2024 | Deed of Trust | JARBIS JASMINE B | SPIRES SHELVY |
| EXHIBIT. F RP-2024-175520 | 05/14/2024 | Notice of Trustee's Sale | NRIA MAIKI SPIRES SHELVY | JARBIS JASMINE |
| EXHIBIT. G RP-2024-209741 | 06/10/2024 | Trustee's Deed | JARBIS JASMINE B NRIA MALKI | SPIRES SHELVY |

This court makes no finding as to any underlying claims of the parties involved, and expressly limits its finding of fact and conclusion of law to the review of a ministerial act. The county clerk shall file this finding of fact and conclusion of law in the same class of records as the

---

[1] P.C.F. Properties in TX, LLC is not a named party in the litigation and the Lis Pendens alleges facts not supported by any court record.

subject documentation or instrument was originally filed, and the court directs the county clerk to index it using the same names that were used in indexing the subject documentation or instrument.

SIGNED ON THIS THE _____ DAY OF _____.

_____

DISTRICT JUDGE
80th JUDICIAL DISTRICT
HARRIS COUNTY, TEXAS

Unofficial Copy Office of Marilyn Burgess District Clerk

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

e File on behalf of John Burger
Bar No. 3378650
efile@barryandsewart.com
Envelope ID: 89675417
Filing Code Description: Motion (No Fee)
Filing Description: MOTION TO AVOID LIENS & DEEDS3
Status as of 7/11/2024 1:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Allen | | jamesthegreat74@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Colleen McClure | | mcclurelegalassistant@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN | | Rebecca_Brite@justex.net | 7/11/2024 1:16:46 PM | SENT |
| Keith AWolfshol | | KeithW@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| AUSTIN DUBOIS | | austin@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| ANNA SEWART | | ACSEWART@BARRYANDSEWART.COM | 7/11/2024 1:16:46 PM | SENT |
| Alzadia Spires | | alzadia@spireslawfirm.com | 7/11/2024 1:16:46 PM | SENT |
| ELIZABETH THOMAS | | TETHOMAS3@AOL.COM | 7/11/2024 1:16:46 PM | SENT |
| James Andersen | | jandersen.law@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Colleen McClure | | colleen.mcclure@att.net | 7/11/2024 1:16:46 PM | SENT |
| Nicholas Frame | | nick@barryandsewart.com | 7/11/2024 1:16:46 PM | ERROR |
| Wm. LanceLewis | | llewis@qslwm.com | 7/11/2024 1:16:46 PM | SENT |
| Rachel Hytken | | rhytken@qslwm.com | 7/11/2024 1:16:46 PM | SENT |
| Keith Nguyen | | krnlawfirm@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Honorable Judge Susan Brown Judge Susan Brown | | Rebecca_Brite@justex.net | 7/11/2024 1:16:46 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk