EXHIBIT-3

10/9/2024 11:29 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92963814
By: Kathy Givens
Filed: 10/9/2024 11:29 AM

## MISC Docket No. 2020-35780

| | | |
|---|---|---|
| In re. P.C.F. Properties in TX, LLC | § | **IN THE DISTRICT COURT OF** |
| *Plaintiffs/Counter-Defendants* | § | |
| *vs* | § | |
| | § | |
| James M. Andersen, Elizabeth Thomas | § | **80th JUDICIAL DISTRICT COURT** |
| Jasmine B .Jarbis, Jireh Pitts, and | | |
| Monique Moore et al. | § | |
| *Defendants/Third-Party Plaintiff* | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| | § | **"JURY TRIAL DEMANDED"** |

**ORIGINAL ANSWER AND COUNTERCLAIM**

Comes now, James M. Andersen and files this Original Answer and Counter Claim against P.C.F. Properties in TX, LLC a purported Texas limited liability company , and in support thereof, would show unto the Court:

### I. ORIGINAL ANSWER

#### A. Affirmative Defenses

1. Defendant pleads the affirmative defense of fraud this type of action is only available to the current owner of the property and according to the Harris County Real Property Record P.C.F. Property in TX, LLC is not the current owner.

2. Defendant pleads the affirmative defense of illegality.

3. Defendant pleads the affirmative defense of res judicata. Multiple lawsuits and orders concerning the subject property exists which limits Plaintiff's right to recovery.

#### B. General Denial

4. Defendant enters a general denial on each and every cause of action and demands strict proof thereof.

## II. COUNTERCLAIM

*A. Preamble:*

5.     This case is the latest attempt in a saga that spans more than 4 years of the debt collectors Barry & Swart PLLC., attempt to collect an unlawful debt. Barry & Swart PLLC, and its client Plaintiff P.C.F.  Properties in TX, LLC, as part of statewide RICO Enterprise scheme in the State of Texas in which they attempt to collect outstanding mortgage debts for a lender named FLAGSTONE LENDING GROUP a purported State of Utah Corporation and/or MTH LENDING GROUP LP.,  a a purported State Texas Corporation whom also operated out of the State of Utah, none of these alleged lenders had any license as a matter of fact FLAGSTONE LENDING GROUP a purported State of Utah Corporation has no legal existence instead.

### Statement of Facts

6.   On October 19, 2007, Elizabeth Thomas attended a real estate settlement closing at  f/k/a MTH Title Company L.C., with her lender MTH Lending Group L.P, license address being 550 Westcott, STE 450, Houston Tex, 77007, and executed loans document for a Texas Equity mortgage loan  in the  amount of $235, 262.37, an interest rate of 6.375% (the "Loan and Mortgage") for the refinance of property at 8202 Terra Valley Lane, Tomball Tx. 77375.

7.     On October 19, 2007, although Ms. Thomas executed the loan documents with lender MTH Lending Group L.P,  sold the loan and the Deed of Trust securing the mortgage loan were executed in the name of MTH  Lending  Group  L.P, then partner **Flagstone Lending Group L.P.**, a Texas limited Partnership  address being  8501 Katy Freeway Houston Texas 77024.

8.     Instead unknown is the fact that on October 19, 2007, a "Deed of Trust" was filed in the Harris County Real Property Records which names the lender FLAGSTONE LENDING

GROUP, a purported State of Utah Corporation as the beneficiary of a alleged money purchase loan to Ms. Thomas allegedly funded in the amount of $239,400.00, and names  Tilwa Grooms as the Trustee.

9.      Flagstone Lending Group is a Non-Existent Foreign "Utah <u>Corporation"</u> and <u>MTH Lending Group L.P.</u>, a Non-Existent   "<u>Texas Corporation</u>"   "<u>*do not*</u>" hold a "Regulated Loan License" as required to engage in the business of making, transacting, or negotiating loans mandatorily required pursuant to Texas Finance Code § 342.051 and operating without a license is <u>*illega*</u>l its a criminal offense a "<u>*felony of the third degree*</u>" pursuant to Texas Finance Code 151.708(2).

10.     FLAGSTONE LENDING GROUP  is an Non-Existent "**Utah <u>Corporation</u>**" and MTH Lending Group L.P., a Non-Existent "**Texas Corporation**" operated **their** criminal illegal lending business in the State of Texas among through Twila Grooms Law Firm LLP, Barry & Sewart PLLC, John V Burger and P.C.F. Properties in TX, LLC.

11.      On or about December 27, 2016, recorded in the Harris County Real Property Records was Special Warranty Deed which dissolved the trust created in favor of beneficiary FLAGSTONE LENDING GROUP is a Non-Existent "**Utah <u>Corporation</u>**"as a non-existent entity cannot be a beneficiary of a trust.

12.      On February  23, 2018, a Satisfaction and Release of FLAGSTONE LENDING GROUP a Non-Existent Foreign "Utah <u>Corporation"</u>  Deed of Trust was recorded in the Harris County Real Property Records including that said deed of trust no longer has any force of effect as of December 27, 2026.

13.      On February 14, 2019, the Honorable Judge McFarland has already ruled the Deed of Trust is not a vaild lien.

14.   On March 3, 2020, P.C.F. PROPERTIES IN TX. LLC,  a Texas limited liability company claims to have allegedly foreclosed on FLAGSTONE LENDING GROUP a a Non-Existent Foreign "Utah <u>Corporation"</u>  that has been recorded in the Harris County Real Property as release since the year of 2026 the power of sale no longer having any legal force or effect.

15.   P.C.F. PROPERTIES IN TX. LLC,  a Texas limited liability company is separate and distinct entity from P.C.F. Properties in TX, LLC, in that this entity according to the Texas Secretary of State is not a Texas limited liability company.

16.   According to the Texas Secretary of State the entity P.C.F. Properties in TX, LLC, has no legal existence in the State of Texas due to never being legally form.  Instead this entity which lacks a legal existence was created by P.C.F. PROPERTIES IN TX. LLC, John V. Burger and Barry & Sewart PLLC., law firm after losing in the Justice of the Peace Court.

17.   On March 19, 2020, P.C.F. PROPERTIES IN TX LLC., filed a "Forcible Detainer" action against Elizabeth Thomas or All Other Occupants for possession of the property located at 8202 Terra Valley  Lane Texas 77375 in the Justice of the Peace Court Precinct 4, Place 1 Cause No. 1156772,.

18.   P.C.F. PROPERTIES IN TX LLC alleged Debtor Thomas defaulted on  her mortgage loan from Flagstone Lending Group a Utah Corporation as a result on March 3, 2020, its counsel Anna Sewart the alleged "substitute trustee" foreclosed on beneficiary Flagstone "Deed of Trust" ***formerly*** recorded in the Public Harris County Real Property Record, *under instrument* No. 20070643669, and the Trustee Deed was recorded on March 13, 2020.

19.   Ms. Thomas responded that said Flagstone Lending Group a Utah Corporation has been recorded as release due to being wrongfully recorded and this Flagstone a Utah Corporation has

no legal existence or funded Thomas with a loan effective the release was recorded on **December 27, 2016**, stating that said deed of trust no longer has any legal force or effect.

20.     Secondly Debtor Thomas also raised the affirmative defense that her mortgage loan from lender said Flagstone Lending Group L.P/MTH Lending Group was been in bankruptcy in the year of 2011**.**

21.     On July 13, 2020, the Honorable Judge Lincoln, held a non-jury trial; and ruled that on March 3, 2020, Ana Sewart  the alleged substitute trustee had no power to transfer title of the property to P.C.F. PROPERTIES IN TX LLC.,  because the Deed of Trust had been  recorded as release in the public record no longer has any legal force or effect. Therefore P.C.F. PROPERTIES IN TX LLC., could not have obtained title or color of title from the substitute trustee. See _Martin v. Cadle_ Company, 133 S.W.3d 897 (Tex. App.- 2004 Precedential) and the court awarded possession of said property to Elizabeth Thomas and James Allen..

22.     On July 13, 2020, P.C.F. PROPERTIES IN TX LLC., _filed a_ appealed to the  County Court at Law No. 3 cause number No.  1156772, case entitled P.C.F. PROPERTIES IN TX _vs._ _Elizabeth Thomas, Inventor James Allen et al_, before the Honorable Judge LaShawn A. Williams.

23.     On **August 20, 2020**, Barry & Stewart, wrote a letter to Attorney James Andersen and threaten him that unless he agrees to make a statement that the signatures on certain documents recorded in the Harris County Real Property (i) Special Warranty Deed; and (ii) Satisfaction of Deed of Trust cancelling the trust allegedly created on October 19, 2007, on behalf of Flagstone Lending Group is a Non-Existent Utah due to a lack of a existing beneficiary are both  forgeries within 7 days they were going to report him to the Texas State Bar, and when Andersen failed to response within the 7 days

period a phone was placed to him offering him a financial bribe which Andersen refused.

24.   The Honorable Judge LaShawn A. Williams,

25.   Having loss in the Justice of the Peace Court and County Court at Law P.C.F. PROPERTIES IN TX LLC, John V. Burger together with the Barry & Sewart PLLC., law firm created this fake fictions non-existent entity P.C.F. Properties in TX, LLC to file a false affidavit alleging to be the current owner and thereby moving to the court to declare all others deeds void is just a ongoing scheme targeted against African Americans to steal their property.

26.   This misc docket number does not exist according thee Harris County District Clerk Administration office this whole proceeding is merely evidence of ongoing fraud.

*Cause of Action*

*Declaratory Judgment*

27.   Defendant brings this counterclaim pursuant to the Uniform Declaratory Judgments Act, Tex. Civ. Prac. & Rem. Code Chapter 37. Defendant asks this Court to declare that (i) P.C.F. Properties in TX, LLC is a fake fictions non-existent entity (ii) this Misc Docket No. 2020-35780 is fake cause of action number that does not exist; and (iii) that neither the Defendant or fake fictions non-existent entity P.C.F. Properties in TX, LLC, hold any interest in any property located at 8202 Terra Valley Lane, Tomball TX, 77375.

*Attorney Fees*

28. 26. Defendant seeks recovery of its costs and reasonable and necessary attorneys' fees from Plaintiff pursuant to Tex. Civ. Prac. & Rem. Code Sec. 37.009.

. *Conditions Precedent*

29.   All conditions precedent to Defendants' right to recover have been performed, have occurred, and/or have been waived

### III. REQUEST FOR DISCLOSURES

30.  Defendants hereby request that the Plaintiffs disclose the information set forth in TRCP
194.2(a) through (l) within 31 days of receipt of this request and that Plaintiffs supplement such
responses on an ongoing basis as soon as additional information becomes known.

### IV. NOTICE UNDER TEX. R. CIV. P. 193.7

31.  Defendants serve notice of their intent to rely on the self-authentication provisions of Rule
193.7 TRCP with respect to any document produced by any party unless the producing party or some
other party objects as required by the rule.

Respectfully submitted

/s/ James M. Andersen
James M, Andersen
Attorney At Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (218)488-2800
Fax. (281)480-4851
Jandersen.law@gmail.com


### CERTIFICATE OF SERVICE

 I certify that on the 9th day of October 2024, a true and correct copy of the foregoing
document was served by E-File to all parties of record or by  email and/or  mail via the United
States Postal Service regular mail.

/s/ James M. Andersen
James M, Andersen

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

James  Andersen on behalf of James  Andersen
Bar No. 01165850
jandersen.law@gmail.com
Envelope ID: 92963814
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant Answer Affirmative Defenses and Counter-Claims
Status as of 10/9/2024 11:34 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Allen | | jamesthegreat74@gmail.com | 10/9/2024 11:29:14 AM | SENT |
| Colleen McClure | | mcclurelegalassistant@gmail.com | 10/9/2024 11:29:14 AM | SENT |
| HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN | | Rebecca_Brite@justex.net | 10/9/2024 11:29:14 AM | SENT |
| Keith AWolfshol | | KeithW@barryandsewart.com | 10/9/2024 11:29:14 AM | SENT |
| AUSTIN DUBOIS | | austin@barryandsewart.com | 10/9/2024 11:29:14 AM | SENT |
| ANNA SEWART | | ACSEWART@BARRYANDSEWART.COM | 10/9/2024 11:29:14 AM | SENT |
| Alzadia Spires | | alzadia@spireslawfirm.com | 10/9/2024 11:29:14 AM | SENT |
| ELIZABETH THOMAS | | TETHOMAS3@AOL.COM | 10/9/2024 11:29:14 AM | SENT |
| James Andersen | | jandersen.law@gmail.com | 10/9/2024 11:29:14 AM | SENT |
| Nicholas Frame | | nick@barryandsewart.com | 10/9/2024 11:29:14 AM | ERROR |
| Wm. LanceLewis | | llewis@qslwm.com | 10/9/2024 11:29:14 AM | SENT |
| Rachel Hytken | | rhytken@qslwm.com | 10/9/2024 11:29:14 AM | SENT |
| Honorable Judge Susan Brown Judge Susan Brown | | Rebecca_Brite@justex.net | 10/9/2024 11:29:14 AM | SENT |