# UNITED STATES DISTRICT COURT
## SOUTHERN OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re. P.C.F. Properties in TX, LLC<br>*Plaintiff*<br><br>*vs*<br><br>James M. Andersen, Elizabeth Thomas<br>Jasmine B .Jarbis, Jireh Pitts, and<br>Monique Moore et al.<br>*Defendants* | **MISC. DOCKET NO. 2020-35780**<br><br>**Removed from: 80th District Court**<br>**Harris County, Texas** |

## NOTICE OF WITHDRAWAL OF [DOC. NO. 1].

YOU ARE HEREBY NOTIFIED, that the NOTICE OF REMOVAL [DOCKET ENTRY NO. 1], is hereby withdrawn.

Respectfully submitted,

/s/ James M. Andersen
James M, Andersen
Attorney At Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (218)488-2800
Fax. (281)480-4851
jandersen.law@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 15,  22, 2024  a copy of the foregoing Notice of Removal  was served EFC- Service System or E-mail and U. S. Mail, postage prepaid, to:

John V. Burger
Barry & Sewart PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
evictions@barryandsewart.com

Harris County District Attorney Office
Public Corruption Department
1201 Franklin St
Houston, TX 77002

New York Attorney General Office
Civil Rights/Criminal Division
28 Liberty St.
New York, NY 10005

U.S. Attorney Office
For the Southern District of New York
Criminal Division
26 Federal Plaza, 37th Floor
New York, NY 10278

By:/s/*James M. Andersen*